ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California
Telephone:  510-782-6161
Facsimile:  510-782-3519

Attorney for Defendant
JENNIPHER HERNANDEZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 11-CR-00217 DLJ |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| vs. | |
| JENNIPHER HERNANDEZ, | |
| Defendant. | |

The parties by and through their counsel of record, hereby stipulate to the following:  The parties have jointly agreed that the current status conference hearing date of Tuesday, December 13, 2011 at 9:00 a.m. be continued until Thursday, January 12, 2011 at 9:00 a.m. The reason for this continuance is that the parties have yet to come to a resolution in finalizing the plea agreement and require more time to finalize a plea agreement.

///

///

///

///

///

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE HEARING - 1

Date:  December 8, 2011

    /s/Robert W. Lyons
Robert W. Lyons
Attorney for Jennipher Hernandez

Date:  December 8, 2011

    /s/Eumi Choi
Eumi Choi
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: December 9, 2011

Honorable D. Lowell Jensen
United States District Judge