1  ROBERT W. LYONS (45548)

2  LAW OFFICES OF ROBERT W. LYONS
   295 West Winton Avenue
3  Hayward, California 94544
   Telephone (510) 782-6161
4  Facsimile (510) 782-3519

5  Attorney for Jennipher Hernandez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.: 11-CR-00217 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXLCUSION OF TIME UNDER THE SPEEDY TRIAL ACT [18 U.S.C. §3161] |
| JENNIPHER HERNANDEZ, | ) | |
| Defendant. | ) | |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current status conference hearing date of Thursday, February 9, 2012 by continued to Thursday, February 23, 2012 at 9:00 a.m. The reason for this continuance is that Mr. Lyons is recovering from a recent medical procedure and requires additional preparation.

For the factual reason above, the parties agree that the time between February 9, 2012 and February 23, 2012 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Sections 3161 (h)(7)(A) and 3161(h)(7)(B)(iv).

The parties agree that the time is excludable in that the ends of justice served by granting the continuance of the status conference to February 23, 2012 outweigh the best interests of the public and the defendant in a speedy trial. The parties agree that a continuance of the status conference to February 23, 2012 is necessary to ensure both effective case

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE HEARING - 1

1  preparation and the availability of defense counsel, and denial of such a continuance would
2  unreasonably deny defendant effective case preparation and continuity of counsel pursuant to
3  18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).
4
5  Date: February 8, 2012
6
7                                                 /s/Robert W. Lyons
   Robert W. Lyons
8  Attorney for Jennipher Hernandez
9  Date: February 8, 2012          /s/Eumi Choi
10                                  Eumi Choi
                                    Assistant United States Attorney
11
12
13 **IT IS SO ORDERED.**
      G#I #G
14 Date: _____
                                    Honorable D. Lowell Jensen
15                                  United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE HEARING - 2