1    MELINDA HAAG (CABN 132612)
2    United States Attorney

3    MIRANDA KANE (CABN 150630)
     Chief, Criminal Division

4    EUMI L. CHOI (WVBN 722)
5    Assistant United States Attorney

6        150 Almaden Boulevard
         San Jose, California 95113
7        Telephone: (408) 535-5061
         Facsimile:  (408) 535-5066
8        Email: Eumi.Choi@usdoj.gov

9    Attorneys for the United States of America

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13   UNITED STATES OF AMERICA,          )    No. CR 11-00217
                                        )
14          Plaintiff,                  )    STIPULATION AND []
                                        )    ORDER EXCLUDING TIME FROM
15   v.                                 )    MARCH 22, 2012, THROUGH APRIL 11,
                                        )    2012, FROM THE SPEEDY TRIAL ACT
16   JENNIPHER HERNANDEZ                )    CALCULATION (18 U.S.C. §
                                        )    3161(h)(7)(A),(B))
17          Defendant.                  )
                                        )
18   _____)

19

20          A status hearing is currently set for March 22, 2012, on the Court's calendar.  Due to on-

21   going discussions between counsel about a potential resolution of the matter, the parties have

22   agreed to seek to move the hearing date to April 11, 2012, if that date is available to the Court.

23          The United States hereby submits this written request for an order finding that said time

24   is excluded under the Speedy Trial Act, 18  U.S.C. § 3161, in that the ends of justice are served

25   by taking such action and outweigh the best interests of the public and defendant in a speedy

26   trial. 18 U.S.C. § 3161(h)(7)(A).  The failure to grant such a continuance would unreasonably

27

28

deny counsel for the government the reasonable time necessary for effective preparation, taking

into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).


DATED:  March 20, 2012                    MELINDA HAAG
                                          United States Attorney


                                          _____/s/_____
                                          EUMI L. CHOI
                                          Assistant United States Attorney

                                          _____/s/_____
                                          ROBERT LYONS
                                          Attorney for Defendant


                              **ORDER**

        Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY

ORDERS that the time from March 22, 2012, through April 11, 2012, is excluded under the

Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking

such action and outweigh the best interests of the public and defendant in a speedy trial.  18

U.S.C. § 3161(h)(7)(A).  The failure to grant such a continuance would unreasonably deny

counsel for defendant the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.  The Court therefore concludes that this exclusion of time

should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).


IT IS SO ORDERED.

HON. EDF
_____
DATED:                                    _____
                                          D. LOWELL JENSEN
                                          United States District Court Judge


CR 11-00217 DLJ
STIPULATION AND [] ORDER
EXCLUDING TIME                   2