1   ROBERT W. LYONS (45548)
    LAW OFFICES OF ROBERT W. LYONS
2   295 West Winton Avenue
    Hayward, CA 94544
3   Telephone: 510-782-6161
    Facsimile: 510-782-3519
4
    Attorney for Defendant
5   Jennipher Hernandez

# Filed

APR 1 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6

7                   UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10

11

12   UNITED STATES OF AMERICA,          )   Case No.: 11-CR-00217 DLJ
                                        )
13              Plaintiff,              )   STIPULATION AND [PROPOSED] ORDER
                                        )   TO CONTINUE STATUS CONFERENCE
14         vs.                          )   AND EXLCUSION OF TIME UNDER THE
                                        )   SPEEDY TRIAL ACT [18 U.S.C. §3161]
15   JENNIPHER HERNANDEZ,               )
                                        )
16              Defendant.              )
                                        )
17   The parties by and through their counsel of record, hereby stipulate to the following:  The parties

18   have jointly agreed that the current status conference hearing date of Thursday, April 12, 2012

19   at 9:00 a.m. be continued until Thursday, April 26, 2012 at 9:00 a.m. The reason for this

20   continuance is that the parties have come to a resolution in finalizing the plea agreement;

21   however the plea agreement is waiting on approval at the United States Attorney's Office from

22   Eumi Choi's Supervisor, Jeff Nedrow.

23    For the factual reason above, the parties agree that the time between April 12, 2012 and April

24   26, 2012 shall be excludable from the Speedy Trial Act requirements of Title 18, United States

25   Code, Sections 3161 (h)(7)(A) and 3161(h)(7)(B)(iv).

26         The parties agree that the time is excludable in that the ends of justice served by

27   granting the continuance of the status conference to April 26, 2012 outweigh the best interests

28   of the public and the defendant in a speedy trial. The parties agree that a continuance of the

STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS CONFERENCE HEARING – 1

1  status conference to April 26, 2012 is necessary to ensure both effective case preparation and

2  the availability of defense counsel, and denial of such a continuance would unreasonably deny

3  defendant effective case preparation and continuity of counsel pursuant to 18 U.S.C.

4  §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

5

6  Date: April 9, 2012

7

8                                                    ___/s/Robert W. Lyons_____
                                                     Robert W. Lyons
9                                                    Attorney for Jennipher Hernandez

10  Date: April 9, 2012                              __/s/Eumi Choi_____
                                                     Eumi Choi
11                                                   Assistant United States Attorney

12

13
    IT IS SO ORDERED.
14
    Date: ____4-10-12___
15
                                                     Honorable D. Lowell Jensen
16                                                   United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE STATUS CONFERENCE HEARING – 2