MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

EUMI L. CHOI (WVBN 722)
Assistant United States Attorney

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile:  (408) 535-5066
Email: Eumi.Choi@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JENNIPHER HERNANDEZ ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 11-00217 DLJ <br><br> STIPULATION AND [] ORDER EXCLUDING TIME FROM JUNE 9, 2012, THROUGH JULY 26, 2012, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A),(B)) |

A status hearing is currently set for June 7, 2012, on the Court's calendar.  Due to on-going discussions between counsel about a potential resolution of the matter, the parties have agreed to seek to move the hearing date to July 26, 2012, if that date is available to the Court.

The United States hereby submits this written request for an order finding that said time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, in that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The failure to grant such a continuance would unreasonably

deny counsel for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: June 6, 2012

MELINDA HAAG
United States Attorney

_____/s/_____
EUMI L. CHOI
Assistant United States Attorney

_____/s/_____
ROBERT LYONS
Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time from June 7, 2012, through July 26, 2012, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the ends of justice are served by taking such action and outweigh the best interests of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The failure to grant such a continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:

D. LOWELL JENSEN
United States District Court Judge

CR 10-00824 DLJ
STIPULATION AND [] ORDER
EXCLUDING TIME                        2