ROBERT W. LYONS (45548)

LAW OFFICES OF ROBERT W. LYONS
295 West Winton Avenue
Hayward, California 94544
Telephone (510) 782-6161
Facsimile (510) 782-3519

Attorney for Jennipher Hernandez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 11-CR-00217 DLJ |
| Plaintiff, ) | |
| ) | STIPULATION AND [] ORDER |
| vs. ) | TO CONTINUE STATUS CONFERENCE AND EXLCUSION OF TIME UNDER THE |
| ) | SPEEDY TRIAL ACT [18 U.S.C. §3161] |
| JENNIPHER HERNANDEZ, ) | |
| Defendant. ) | |

The parties by and through their counsel of record, hereby stipulate to the following: The parties have jointly agreed that the current status conference hearing date of Thursday, November 29, 2012 by continued to Thursday, January 10, 2012 at 9:00 a.m. The reason for this continuance is that Mr. Lyons needs additional time to conduct further investigation. For the factual reason above, the parties agree that the time between November 29, 2012 and January 10, 201H shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, Sections 3161 (h)(7)(A) and 3161(h)(7)(B)(iv).

The parties agree that the time is excludable in that the ends of justice served by granting the continuance of the status conference to January 10, 201H outweigh the best interests of the public and the defendant in a speedy trial. The parties agree that a continuance of the status conference to January 10, 201H is necessary to ensure both effective case preparation and the availability of defense counsel, and denial of such a continuance would

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING - 1

unreasonably deny defendant effective case preparation and continuity of counsel pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Date:  November 20, 2012

   /s/Robert W. Lyons
Robert W. Lyons
Attorney for Jennipher Hernandez

Date: November 20, 2012

   /s/Thomas M. OConnell
Thomas M. OConnell
Assistant United States Attorney

**IT IS SO ORDERED.**

Date: FFEcì ÐFG

Honorable D. Lowell Jensen
United States District Judge

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING - 2